# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 2, 2021

**<u>Notice</u>**

Mr. Benton C. Martin
Federal Defender Office
613 Abbott Street, Suite 500
Detroit, MI 48226

Mr. Jared D. Schultz
Office of the Attorney General of Michigan
P.O. Box 30217
Lansing, MI 48909

Re: No. 20-1058
*Nigel Wright v. Steven Rivard*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is submitted to the Court on the briefs of the parties and the record. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy

cc: Ms. Andrea M. Christensen-Brown
    Mr. John S. Pallas